UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


GREGORY NASTU
    Plaintiff

v.                                                         3:16CV292(JCH)

STAMFORD HEALTH INTEGRATED
PRACTICES, INC., ET AL
    Respondents


## **J U D G M E N T**

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of defendants' Motion to Dismiss.

The Court has reviewed all of the papers filed in conjunction with the Motion and on May 16, 2016, entered a Ruling granting the defendants' Motion to Dismiss, dismissing Count One of the Complaint, and the court declines to exercise jurisdiction over the remaining state law counts.

Therefore, it is ORDERED, ADJUDGED and DECREED that judgment is entered for the defendants, against the plaintiff, in accordance with the Ruling, and the case is closed.


Dated at New Haven, Connecticut, this 16th day of May, 2016.

                                              Robin D. Tabora, Clerk

                                              By   /s/ Diahann Lewis
Entered on Docket  5/16/2016                     Deputy Clerk